Argued January 6—decided January 6, 1970

Edward Weigel et al. *v.* Planning and Zoning Commission of the Town of Westport et al.

The motion by the defendant Chesebrough-Pond's, Inc., et al. to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

613

*Alan H. Nevas,* for the appellees (defendant Chesebrough-Pond's, Inc., et al.).

*Harry H. Hefferan, Jr.,* for the appellee (named defendant).

*Bourke G. Spellacy,* with whom was *Thomas G. Dennis,* for the appellants (plaintiffs).

Argued January 6—decided January 6, 1970